IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LAVERNE WRIGHT                                                                                     PLAINTIFF

V.                                                                      Civil Action No. 3:22-CV-063-NBB-RP

SOUTHAVEN PIZZA, et al.                                                                        DEFENDANTS

**ORDER ADOPTING REPORT & RECOMMENDATION**

On consideration of the file and record in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated May 18, 2022, was on that date duly served on the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by either party.

Accordingly, the court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated May 18, 2022, is hereby approved and adopted as the opinion of the court.

2. That this case is **DISMISSED** without prejudice and closed.

This 17th day of June, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT COURT